## IN THE MATTER OF GABRIEL GODFROY,
## AN ABSENT GRAND JUROR

### 1814

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* \*p. 416
2. Cause shown; excused . . . . . . . . . . . . " 417

#### PAPERS IN FILE
[None]

## IN THE MATTER OF CHRISTIAN CLEMENS,
## AN ABSENT GRAND JUROR

### 1814

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* \*p. 416

#### PAPERS IN FILE
[None]